

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00179-CV

Edinburg Consolidated Independent School District and Dr. Rene Gutierrez, in his official capacity as Superintendent of ECISD

v.

Jane Cross and Jerry Rivera

On Appeal from the
County Court at Law No 1 of Hidalgo County, Texas
Trial Cause No. CL-19-1591-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants, Edinburg Consolidated Independent School District and Dr. Rene Gutierrez, in his official capacity as Superintendent of ECISD.

We further order this decision certified below for observance.

June 13, 2019